MADELINE MURCH, PETITIONER-PETITIONER, v. LARKEY COMPANY, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Jack Mandell,* for the petitioner.

*Mr. John W. Taylor* and *Mr. Joseph D. Haggerty,* for the respondent.

May 17, 1966. Granted.

DAVID RIVERA, PLAINTIFF-RESPONDENT, v. E. H. KAHLERT & SONS, INC., RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Meredith & Meredith,* for the petitioner.

*Mr. Kenneth E. Joel,* for the respondent.

May 17, 1966. Denied.

JOHN SEARLES, PLAINTIFF-PETITIONER, v. BERNARD A. GERMAIN, *ET ALS.,* DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chashin,* for the petitioner.

*Mr. Edward V. Ryan* and *Mr. William J. Gannon,* for the respondent.

May 17, 1966. Denied.